BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANABEL L. QUINTERO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-cv-00478-SKO<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME<br><br>(Docket No. 14) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended by 30 days until January 27, 2014. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defense counsel needs the additional time to further review the file and prepare a response in this matter due to pre-approved leave and a heavy workload, despite due diligence.

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  December 24, 2013          */s/ Lynn M. Harada for Kelsey Mackenzie Brown*
(*as authorized via email on 12/24/13)
KELSEY MACKENZIE BROWN
Attorney for Plaintiff


Dated: December 24, 2013           BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:     */s/  Lynn M. Harada*
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' above stipulation, IT IS HEREBY ORDERED that:

1. The parties' stipulated request for an extension of time for Defendant to file a responsive brief is GRANTED;

2. Defendant's responsive brief shall be filed **on or before January 27, 2014**; and

3. Plaintiff may file an optional reply brief **on or before February 11, 2014**.

IT IS SO ORDERED.

Dated:   **January 2, 2014**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE